FILED

07 OCT 31 PM 4:11

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: PDL DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EDUARDO BARAJAS, et al.,<br>aka Eddie-Boy,<br>Defendants. | Criminal Case No. 07CR2985-WQH<br><br>NOTICE OF RELATED CASE<br><br>~~SECRET~~<br>UNSEALED AS OF 11/6/07 |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Salvador Chavez-Chavez, et al., Criminal Case No. 07CR1407-WQH, and United States of America v. Andres Chavez-Chavez, et al., Criminal Case No. 07CR1408-WQH.

DATED: October 31, 2007.

KAREN P. HEWITT
United States Attorney

TIMOTHY F. SALEL
Assistant U.S. Attorney