FILED

NOV 15 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff,

v.

**DERIC WILLIAMS (7)** Defendant.

Case No. 07CR2985-WQH

**DETENTION ORDER**

A. Order For Detention

After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act, the Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3142(e) and (i).

B. Statement of Reasons For The Detention

The Court orders the defendant's detention because it finds:

__✓__ By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.

______ By clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community.

C. Finding Of Fact

The Court's findings are based on the evidence which was presented to Court and that which was contained in the pretrial Services report, and includes the following:

______ (1) Nature and circumstances of the offense charged:

_X____ (a) The offense charged is:

**21 USC 841 (a)(1) AND 846**

______ (b) The offense is a crime of violence.

______ (c) The offense involves a narcotic drug.

______ (d) The offense involves a large amount of controlled substances, to wit: ____________________

__✓__ (2) The weight of the evidence against the defendant is strong.

__✓__ (3) The history and characteristics of the defendant including:

(a) General Factors:

______ The defendant appears to have a mental condition which may affect whether the defendant will appear.

______ The defendant has no family ties in the area.

__✓__ The defendant has no steady employment. in U.S.

__✓__ The defendant has no substantial financial resources.
______ The defendant is not a long time resident of the community.
__✓__ The defendant does not have any significant community ties.
______ Past conduct of the defendant:________________________

______ The defendant has a history relating to drug abuse.
______ The defendant has a history relating to alcohol abuse.
______ The defendant has a significant prior criminal record.
______ The defendant has a prior record of failure to appear at court proceedings.

(b) Whether the defendant was on probation, parole, or release by a court: At the time of the current arrest, the defendant was on:
______ Probation
______ Parole
______ Release pending trial, sentence, appeal or completion of sentence.

(c) Other Factors:
______ The defendant is an illegal alien and is subject to deportation.
______ The defendant is a legal alien and will be subject to deportation if convicted.
______ Other: ________________________

______ (4) The nature and seriousness of the danger posed by the defendant's release are as follows:________________________

______ (5) <u>Rebuttable Presumptions</u>
In determining that the defendant should be detained, the Court also relied on the following rebuttable presumption(s) contained in 18 U.S.C. § 3142(e) which the Court finds the defendant has not rebutted:

__✓__ a. That no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of any other person and the community because the Court finds that the crime involves:
______ (A) A crime of violence; or
______ (B) An offense for which the maximum penalty is <u>life</u> imprisonment or death; or
__✓__ (C) A controlled substance violation which has a maximum penalty of 10 years or more; or
______ (D) A felony after the defendant had been convicted of two or more prior offenses described in (A) through (C) above, <u>and</u> the defendant has a prior conviction for one of the crimes mentioned in (A) through (C) above which is less than five years old and which was committed while the defendant was on pretrial release.

______ b. That no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community because the Court finds that there is probable cause to believe:
______ (A) That the defendant has committed a controlled substance

violation which has a maximum penalty of 10 years or more.

______ (B) That the defendant has committed an offense under 18 U.S.C. § 924(c) (uses or carries a firearm during and in relation to any crime of violence, including a crime of violence, which provides for an enhanced punishment if committed by the use of a deadly or dangerous weapon or device).

D. Additional Directives

Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:

The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable from persons awaiting or serving sentences or being held in custody pending appeal; and

The defendant be afforded reasonable opportunity for private consultation with counsel; and,

That, on order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

This order is made without prejudice to modification by this Court and without prejudice to the Defendant's exercise of the right to bail.

Dated: NOVEMBER 15, 2007

CATHY ANN BENCIVENGO
**United States Magistrate Judge**