AO 442

FID 1407245

# United States District Court

SECRET

FILED 07 NOV 20 AM 9 38 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY: [initials] DEPUTY

**SOUTHERN DISTRICT OF CALIFORNIA**

UNSEALED 11/6/07

**UNITED STATES OF AMERICA**

**V.**

Deric Williams (7),
aka Pelon

**WARRANT FOR ARREST**

**CASE NUMBER:** 07cr2985 WQH

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Deric Williams (7), aka Pelon

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition ☐ Pretrial Violation

charging him or her with (brief description of offense)

21:841(a)(1) and 846 - Conspiracy to Distribute Methamphetamine

DATE 11/6/07
ARRESTED BY DEA / USMS
Steven Stafford (Acting)
U.S. MARSHAL, S/CA
BY Cesar Martin

RECEIVED 2007 NOV -1 A 11:19 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

In violation of Title See Above United States Code, Section(s)

| | |
|---|---|
| W. Samuel Hamrick, Jr. | Clerk of the Court |
| Name of Issuing Officer | Title of Issuing Officer |
| s/ J. Jocson | 11/01/07 San Diego, California |
| Signature of Deputy | Date and Location |

Bail fixed at $ No-Bail by The Honorable Louisa S. Porter

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

OCDETF - DEA SW - CAS #430
OPERATION MY THREE BROTHERS
AUSA Peter Ko x 6618