KAREN P. HEWITT
United States Attorney
MICHAEL J. CROWLEY
TIMOTHY F. SALEL
Assistant U.S. Attorneys
California State Bar Nos. 168753 / 163597
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone Nos.: (619) 557-5733 / 6074
Facsimile No.: (619) 557-3445
E-mails: michael.crowley2@usdoj.gov / timothy.salel@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDUARDO BARAJAS (1),<br>aka Eddie-Boy,<br>VICTOR RAMOS (2),<br>aka V,<br>ALEJANDRO VELARDE (3),<br>aka Lil' Al,<br>THOMAS ALEJANDRO MANZANO (6),<br>aka Tommy-Boy,<br>DERIC WILLIAMS (7),<br>aka Pelon,<br>JULIO CESAR JIMENEZ (8),<br>aka Foo-Foo,<br>ERNESTO ROMAN LOPEZ (9),<br>aka Ernie,<br><br>Defendants. | Criminal Case No. 07CR2985-WQH<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

We, Michael J. Crowley and Timothy F. Salel, the undersigned Assistant U.S. Attorneys, hereby enter our appearance as counsel in the above-captioned case.

| **Name** | **CA Bar No.** | **Telephone No.** | **E-mail Address** |
|---|---|---|---|
| Michael J. Crowley | 168753 | (619) 557-5733 | michael.crowley2@usdoj.gov |
| Timothy F. Salel | 163597 | (619) 557-6074 | timothy.salel@usdoj.gov |

We, Michael J. Crowley and Timothy F. Salel, hereby certify that we are both admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

Effective this date, the following Government attorney is no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case:

| **Name** | **CA Bar No.** | **Telephone No.** | **E-mail Address** |
|---|---|---|---|
| None | N/A | N/A | N/A |

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

DATED: December 3, 2007

*/S/ MICHAEL J. CROWLEY*
MICHAEL J. CROWLEY
Assistant U.S. Attorney

DATED: December 3, 2007

*/S/ TIMOTHY F. SALEL*
TIMOTHY F. SALEL
Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EDUARDO BARAJAS (1), aka Eddie-Boy,<br>VICTOR RAMOS (2), aka V,<br>ALEJANDRO VELARDE (3), aka Lil' Al,<br>THOMAS ALEJANDRO MANZANO (6), aka Tommy-Boy,<br>DERIC WILLIAMS (7), aka Pelon,<br>JULIO CESAR JIMENEZ (8), aka Foo-Foo,<br>ERNESTO ROMAN LOPEZ (9), aka Ernie,<br>Defendants. | Criminal Case No. 07CR2985-WQH<br><br>NOTICE OF APPEARANCE |

IT IS HEREBY CERTIFIED that:

We, Michael J. Crowley and Timothy F. Salel, are citizens of the United States over the age of 18 years and a resident of San Diego County, CA; our business address is 880 Front Street, San Diego, CA 92101-8893; We are not a party to the above-entitled action.

We have caused service of **NOTICE OF APPEARANCE**, on the following parties, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies the following parties at their respective e-mail addresses:

(1) STEPHEN P. WHITE – Attorney for Eduardo Barajas (1)
E-Mail: spw1@sbcglobal.net

(2) MARK F. ADAMS – Attorney for Victor Ramos (2)
E-Mail: markadamsesq@yahoo.com

(3) LYNN H. BALL – Attorney for Alejandro Velarde (3)
E-Mail: lhball@sbcglobal.net

(4) NANCY B. ROSENFELD – Attorney for Thomas A. Manzano (6)
E-Mail: nrosenfeld@aol.com

(5) ANTHONY E. COLOMBO, JR. – Attorney for Deric Williams (7)
E-Mail: anthonycolombolegal@yahoo.com

(6) CHARLES N. GUTHRIE – Attorney for Julio Cesar Jimenez (8)
E-Mail: charlesnguthrie@aol.com

(7) HOWARD B. FRANK – Attorney for Ernesto Roman Lopez (9)
E-Mail: hbfandjm@aol.com

We declare under penalty of perjury that the foregoing is true and correct.

DATED: December 3, 2007

*/S/ MICHAEL J. CROWLEY*
MICHAEL J. CROWLEY
Assistant U.S. Attorney

DATED: December 3, 2007

*/S/ TIMOTHY F. SALEL*
TIMOTHY F. SALEL
Assistant U.S. Attorney