# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day
upon:

**Mark F. Adams**
markadamsesq@yahoo.com

**Lynn H Ball**
lhball@sbcglobal.net,attylhball@aol.com

**Robert E Boyce**
reboyce@pacbell.net,vimccoy@pacbell.net

**Anthony Edward Colombo , Jr**
anthonycolombolegal@yahoo.com,nrodoffice@yahoo.com

**Michael J Crowley**
Michael.Crowley2@usdoj.gov,Pamela.McCredy@usdoj.gov,efile.dkt.nes@usdoj.gov

**Howard B Frank**
hbfandjm@aol.com

**Charles N Guthrie**
charlesnguthrie@aol.com

**Nancy Bryn Rosenfeld**
nrosenfeld@aol.com

**Timothy F Salel**
Timothy.Salel@usdoj.gov,efile.dkt.nes@usdoj.gov,karen.botiller@usdoj.gov

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

**Stephen Patrick White**
spw1@sbcglobal.net

Dated: December 3, 2007

*s/ Anthony E. Colombo Jr.*

ANTHONY E. COLOMBO JR.
Law Offices of Anthony E. Colombo Jr.
105 West F Street, Third Floor
San Diego, California 92101-6036

(619) 236-1704 (tel)
(619) 236-1852 (fax)
email: anthonycolombolegal@yahoo.com