**ANTHONY E. COLOMBO JR.**
California State Bar No. 218411
The Senator Building
105 West "F" Street 3rd Floor
San Diego, California 92101
Telephone: (619) 236-1704

Attorney for Defendant Deric Williams

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**DERIC WILLIAMS,**<br>Defendant. | CASE NO. 07CR2985-WQH<br><br>DATE: December 7, 2007<br>TIME: 1:00 p.m.<br><br>MOTION FOR ORDER TO SHORTEN TIME |

TO: TIMOTHY SALEL, ASSISTANT UNITED STATES ATTORNEY:

The above-named defendant, by and through counsel, moves this Court for an order shortening time in the attached *Defendant's Motion to Revoke the Order of Detention*, to be heard on December 7, 2007 at 1:00 p.m., or as soon thereafter as counsel may be heard, for the following reasons:

1) The transcript of the detention hearing was not made available until today, December 3, 2007, although the undersigned counsel ordered the transcript the same day as the detention hearing.

A courtesy copy has been provided to Assistant United States Attorney Salel.

Respectfully Submitted,

Dated: December 3, 2007

**ANTHONY E. COLOMBO JR.**
Attorney for Defendant Williams