**ANTHONY E. COLOMBO JR.**
California Bar No. 218411
The Senator Building 3rd Floor
105 West "F" Street
San Diego, California 92101
Telephone: (619) 236-1704

Attorney for Defendant Deric Williams

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 07cr2985-WQH |
| Plaintiff, | ) | Date: February 1, 2008<br>Time: 1:00 p.m. |
| v. | ) | |
| **DERIC WILLIAMS**, | ) | STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION |
| Defendant. | ) | |

**I.**

**STATEMENT OF FACTS**

On or about November 7, 2007, Deric Williams was arrested in the Southern District of California and charged with a violation of 18 U.S.C. §§ 841(a)(1), Conspiracy to Distribute Methamphetamine. Mr. Williams was arraigned and the undersigned counsel was appointed to represent Mr. Williams. The indictment in the case lists 9 defendants. The government has indicated that the discovery in the case is voluminous consisting of 10 months of wiretap intercepts, 23 search warrants executed on various homes throughout San Diego, 75,000 pages of line sheets, 255 exhibits, and 175 pages of investigative reports. As a result of the nature of the case, the parties have jointly moved to declare the case "complex."

**II.**

**ARGUMENT**

Pursuant to the Equal Protection Clause indigent defendants must be afforded the same

treatment as those defendants that can afford counsel. An indigent defendant has the same right to effective representation from an active advocate as a defendant who can afford his or her own counsel. Powell v. Alabama, 287 U.S. 45, 68-69 (1932). To date defense counsel has made a good faith effort to prepare Mr. Williams' defense. However, in order to continue to represent Mr. Williams, the above discovery must be purchased from Copy Connection. Mr. Williams does not have the funds to purchase the discovery, as his counsel is court appointed. Therefore, pursuant to Title 18 U.S.C. § 3006A(d)(2) and subsection (5), Mr. Williams requests that the Court issue an order allowing Copy Connection to bill the District Court directly for the discovery costs incurred during the course of the case.

## III.

## CONCLUSION

For the reasons stated above, Mr. Williams requests that this Court grant his motion. A proposed order has been forwarded to the Court.

Respectfully submitted,

Dated: December 10, 2007

*s/ Anthony E. Colombo Jr.*

**ANTHONY E. COLOMBO JR.**
Attorney for Defendant Williams