1 | **ANTHONY E. COLOMBO JR.**
California Bar No. 218411
2 | The Senator Building 3rd Floor
105 West "F" Street
3 | San Diego, California  92101
Telephone:  (619) 236-1704
4 |

5 | Attorney for Defendant Deric Williams

6 |

7 |

8 |                             UNITED STATES DISTRICT COURT

9 |                           SOUTHERN DISTRICT OF CALIFORNIA

10 |                           **(HONORABLE WILLIAM Q. HAYES)**

11 | UNITED STATES OF AMERICA,              )      Criminal No. 07cr2985-WQH
                                          )
12 |                                        )
              Plaintiff,                   )      Date:  February 1, 2008
13 |                                        )      Time: 1:00 p.m.
      v.                                   )
14 |                                        )      ORDER
      **DERIC WILLIAMS**,                   )
15 |                                        )
              Defendant.                   )
16 | _____   )      _____

17 |               GOOD CAUSE APPEARING IT IS ORDERED THAT:

18 |               Copy Connection, the company chosen by the United States Attorney's office to duplicate

19 | and distribute the discovery material in the above referenced case, shall bill the District Court directly for

20 | the costs incurred by Deric Williams for discovery up to $2,000.00.

21 |               IT IS SO ORDERED.

22 |
DATED:  December 12, 2007
23 |
24 |                                              _____
                                               **WILLIAM Q. HAYES**
25 |                                               United States District Judge

26 |

27 |

28 |