RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
PASADENA OFFICE
DEC 31 2007
FILED ______
DOCKETED ______
DATE INITIAL

# Notice of Appeal Notification Form

**To:** Clerk, U.S. Court of Appeals
**Date:** 12/18/07
**From:** U.S. District Court, Southern District of California
**Subject:** New Appeals Case Information & Docket Fee Notification

CA # 07-50579

## Case Information

Case Title: United States of America v. Deric Williams

U.S.D.C. No.: 07cr2985 WQH - 7 U.S.D.C. Judge: William Q. Hayes

Complaint/Indictment/Petition Filed: Indictment

Appealed Order Entered: 12/12/2007

Notice of Appeal Filed: 12/17/2007

Court Reporter: Mauralee Ramirez

FILED
JAN 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

COA Status: ☐ Granted in full/part (appeal only) ☐ Denied (send clerk's file)

## Docket Fee Notification

Docket Fee: ☐ Paid ☐ Not Paid ☒ No Fee Required

USA/GOVT. APPEAL: ☐ Yes ☒ No

Date F/P granted (Show Date and Attach Copy of Order): ______

Was F/P Status Revoked? ☐ Yes ☐ No

Companion Case(s): (Please list consolidated cases, if applicable) ______

## Counsel Information

**Appellant Counsel:**

Anthony E. Colombo, Jr.
Law Office of Anthony E Colombo, Jr

105 West F Street
3rd Floor
San Diego, CA 92101

(619) 236-1704

**Appellee Counsel:**

Michael J Crowley
US Attorneys Office, Southern District of CA

880 Front Street
Room 6293
San Diego, CA 92101

(619) 557-5733

Counsel Status: ☐ Retained ☒ Appointed ☐ Pro Se

Appointed by: Cathy Ann Bencivengo
(Attach copy of order/minutes)

## Defendant Information

Prisoner ID Number: ______