**ANTHONY E. COLOMBO JR.**
California State Bar No. 218411
The Senator Building 3rd Floor
105 West "F" Street
San Diego, California 92101
Telephone: (619) 236-1704

Attorney for Mr. Deric Williams

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**DERIC WILLIAMS,** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 07cr2985-WQH<br><br>Date: February 1, 2008<br>Time: 1:00 p.m.<br><br>NOTICE OF MOTION AND MOTION FOR:<br>1) DISCOVERY COSTS TO BE PAID BY THE COURT |

TO: KAREN P. HEWITT, SPECIAL UNITED STATES ATTORNEY, and TIMOTHY SALEL, ASSISTANT UNITED STATES ATTORNEY.

PLEASE TAKE NOTICE that on February 1, 2008, at 1:00 p.m. or as soon thereafter as counsel may be heard, the defendant, Deric Williams, through his counsel, Anthony E. Colombo Jr., will ask this Court to enter an order granting the following motions.

**MOTIONS**

The defendant, Deric Williams, by and through his counsel, Anthony E. Colombo Jr., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

1) Discovery costs to be paid by the court

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

s/ Anthony E. Colombo Jr.

Dated: January 8, 2008

ANTHONY E. COLOMBO JR.
Attorney for Mr. Deric Williams