# EXHIBIT A

**COPY connection**

New

# FAX DISCOVERY ORDER # 5

**U.S. v CHAVEZ-CHAVEZ, et al.**

You'll need a new court order for order 5

1010 Second Avenue
Suite 100-B & 130-B
San Diego, CA 92101
Phone: 619-235-6975
FAX (619) 595-7841

**CASE # 07cr1407-WQH; 07cr1408-WQH; 07cr2985-WQH**
**DATE: 01/08/08**

Defendant: Deric Williams

Please be advised that our company has possession of discovery materials from:
AUSA MICHAEL CROWLEY

We are ready to begin the duplication & distribution process of discovery materials.

The law office of A. Columbo hereby orders from Copy Connection the below items, as indicated by signature of attorney or authorized agent:

***Please check YES or NO, SIGN, & FAX TO (619) 595-7841***

| Quantity | Discovery Materials | Price | YES | NO |
|---|---|---|---|---|
| Approx. 251 pg @ 15 cents per page | DISCOVERY DOCUMENTS Wire Orders, Applications, Search Warrants, etc. "HARD" COPY + SCANNED TO DISK + OCR | $ 37.65* | X | |
| 3 @ $10.00 each | LINE SHEETS ON COMPACT DISKS | $ 30.00* | X | |
| Approx. 19,953 pages @ 3 cents per page | OPTION TO OCR Line sheets on CD's (Word Searchable Format) | $ 598.59* | X | |
| Approx. 19,953 pages @ 8 cents per page | OPTION TO PRINT LINE SHEETS FROM COMPACT DISKS | $ 1,596.24* | | |

* Note: Sales Tax Additional * Delivery is Free to downtown San Diego area if order is over $ 100.00

**My signature indicates that I understand and agree that I cannot cancel this order and that I am responsible for full payment (C.O.D.) on the items that I have ordered. In any action to enforce the terms of this agreement, the prevailing party shall be entitled to recover reasonable attorney's fees, court costs, and other non-reimbursable litigation expenses; such as expert witness fees and investigation expenses.**

**Signature of Attorney or Authorized Agent:** ______________________ **Date** ____________

598.59
37.65
30.00

**Print or Type Name:** ______________________

PANEL ATTORNEYS: WHY WAIT FOR REIMBURSEMENT? COPY CONNECTION ACCEPTS EX PARTE APPLICATIONS FOR PAYMENT OF EXTRAORDINARY EXPENSES. YOUR FIRM MAY FILE AN EX PARTE APPLICATION WITH THE COURT, AND, IF APPROVED, ALL DUPLICATING EXPENSES WILL BE PAID BY THE GOVERNMENT DIRECTLY TO COPY CONNECTION. FAX US A COPY OF THE ORDER SIGNED BY THE JUDGE, WE'LL DUPLICATE DISCOVERY, FILL OUT THE CJA-21 VOUCHER FORM & SUBMIT IT TO THE COURT FOR REIMBURSEMENT. QUESTIONS OR CONCERNS? CALL SUE @ 619-235-6975