FILED
08 JAN -9 PM 4:08
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**DERIC WILLIAMS,**<br><br>Defendant. | Criminal No. 07cr2985-WQH<br><br>Date: February 1, 2007<br>Time: 1:00 p.m.<br><br>ORDER |

GOOD CAUSE APPEARING IT IS ORDERED THAT:

Copy Connection, the company chosen by the United States Attorney's office to duplicate and distribute the discovery material in the above referenced case, shall bill the District Court directly for the costs incurred by Deric Williams for discovery in Discovery Order # 5 not to exceed $1000.00 dollars.

IT IS SO ORDERED.

DATED: 1/9/08

THE HONORABLE WILLIAM Q. HAYES
UNITED STATES DISTRICT COURT JUDGE