3-12-08

FILED

MAR 07 2008

MOLLY DWYER, ACTING CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| United States of America,<br>Plaintiff - Appellee<br>v.<br>Deric Williams, a/k/a Pelon,<br>Defendant - Appellant | No. 07-50579<br>D.C. No. CR-07-02985-WQH-7<br><br>**MANDATE** |

FILED
MAR 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

The judgment of this Court, entered 2/13/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly Dwyer
Acting Clerk of Court

By: Lee-Ann Collins
Deputy Clerk

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAR 7 - 2008

by: ____________
Deputy Clerk

FILED

FEB 13 2008

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff - Appellee,<br>v.<br>DERIC WILLIAMS, a.k.a. Pelon,<br>Defendant - Appellant. | No. 07-50579<br>D.C. No. CR-07-02985-WQH-7<br>Southern District of California, San Diego<br>ORDER |

Before: WALLACE, LEAVY and RYMER, Circuit Judges.

The district court correctly found that the government has met its burden of showing, by a preponderance of the evidence, that appellant constitutes a flight risk and that, therefore, there is no condition or combination of conditions that will reasonably assure appellant's appearance as required. *See* 18 U.S.C. § 3142(e); *United States v. Motamedi*, 767 F.2d 1403, 1406-07 (9th Cir. 1985).

The district court's detention order is

**AFFIRMED.**

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAR 7 - 2008

by: ________
Deputy Clerk

S:\MOATT\Panelord\2-08\ll\07-50579.wpd